Charlotte Cole and David Johnson, Administrator of the Estate of Emmaneal Cole Johnson, Deceased, Plaintiffs-Appellants, v. Chicago & Eastern Illinois Railroad Company, a Corporation, Defendant-Appellee.

Gen. No. 48,269.

First District, Third Division.
October 25, 1961.

10

James A. Dooley, of Chicago, for appellants; P. C. Mullen and Gerald J. O'Rourke, Jr., of Chicago Heights, for appellee. Opinion by MR. JUSTICE DEMPSEY. Not to be published in full.